JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO HERNANDEZ-SALVO, | Case No. 5:25-cv-01748-SRM-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| ELISEO RICOCOL, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Petition, this action is **DISMISSED AS MOOT** and **WITHOUT PREJUDICE**.

Dated: 10/29/2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE